UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA WILLIAMS,

        Plaintiff,                                   Case No.

v.

COMMONWEALTH FINANCIAL
SYSTEMS, INC. and PENDRICK
CAPITAL PARTNERS II, LLC,

        Defendants.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, Commonwealth Financial Systems, Inc. and (CFSI) and Pendrick Capital Partners II, LLC (Pendrick) (collectively Defendants), through counsel, hereby remove the above-captioned civil action from the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

1.    CFSI and Pendrick are defendants in this civil action filed by plaintiff, Christina Williams (plaintiff), in the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida, titled *Christina Williams v. Commonwealth Financial Systems, Inc. and Pendrick Capital Partners II, LLC,* Case No. 19-SC-007826 (hereinafter the "State Court Action").

2.	Defendants remove this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, and the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681, *et seq.*, as plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3.	Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal.  Defendants were served with plaintiff's Complaint on December 17, 2019.  This Notice of Removal is filed within 30 days of receipt of the Complaint by Defendants.

4.	Attached hereto as **Exhibit 1** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action.  No further proceedings have taken place in the State Court Action.

5.	A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida.

WHEREFORE, Defendants, Commonwealth Financial Systems, Inc. and Pendrick Capital Partners II, LLC, hereby remove to this Court the State Court Action.

Dated: January 3, 2020	Respectfully submitted,

*/s/ Asley Wydro*
Ashley Wydro, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-2460
Facsimile: (877) 334-0661
awydro@sessions.legal

        dvanhoose@sessions.legal

*Attorneys for Defendants,*
*Commonwealth Financial Systems, Inc. and*
*Pendrick Capital Partners II, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of January 2020, a copy of the foregoing was sent via email to:

Brandon D. Morgan, Esq.
Thomas M. Bonan, Esq.
Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
bmorgan@seraphlegal.com
tbonan@seraphlegal.com

      */s/ Ashley Wydro*
      Attorney