**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTINA WILLIAMS,

       Plaintiff,                          Case No. 8:20-cv-0017

v.

COMMONWEALTH FINANCIAL
SYSTEMS, INC. and PENDRICK
CAPITAL PARTNERS II, LLC,

       Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**

       Defendants, Commonwealth Financial Systems, Inc. and Pendrick Capital Partners II, LLC (collectively the "Defendants"), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: January 21, 2020                      Respectfully Submitted,

                                                    */s/ Ashley Wydro*
                                                    Ashley Wydro, Esq.
                                                    Florida Bar No. 0106605
                                                    Dayle M. Van Hoose, Esq.
                                                     Florida Bar No. 0016277
                                                    Sessions, Fishman, Nathan & Israel, L.L.C.
                                                   3350 Buschwood Park Drive, Suite 195
                                                   Tampa, Florida 33618
                                                   Telephone: (813) 440-2460
                                                   Facsimile: (877) 334-0661
                                                   awydro@sessions.legal

dvanhoose@sessions.legal

*Counsel for Defendants,*
*Commonwealth Financial Systems, Inc. and*
*Pendrick Capital Partners II, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of January 2020 a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Brandon D. Morgan Esq.
Thomas M. Bonan, Esq.
Seraph Legal, PA
2002 E. 5th Avenue, Suite 104
Torrens Law Group, PA
Tampa, FL 33605
Bmorgan@seraphlegal.com
Tbonan@seraphlegal.com

*/s/ Ashley Wydro*
Attorney